NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID M. PECARD,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2011-3151

---

Petition for review of the Merit Systems Protection Board in case no. DA3330090730-B-1.

---

## ON MOTION

---

## ORDER

Upon consideration of David M. Pecard's motion for an extension of time to file his brief, and for leave to file a 42,000 word opening brief,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion for leave is denied. Pecard's opening brief, not to exceed 14,000 words (if a formal brief) or 30 pages (if an informal brief) is due within 60 days of the

date of filing of this order. No further extensions will be granted.

FOR THE COURT

DEC 22 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David M. Pecard
Kent C. Kiffner, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 22 2011

JAN HORBALY
CLERK